an evidentiary hearing. (See *People v. Olson,* 46 Ill.2d 167, 263 N.E.2d 92 and *People v. Lee,* 5 Ill.App.3d 421, 425, 283 N.E.2d 740 and cases therein cited.) But, in the case before us, the petition alleges that defendant did not waive representation by counsel and that he had no counsel at the trial. We find no refutation of these factual allegations in the record before us and they are not negated by the State.

■■ The order dismissing the petition is accordingly reversed and the case is remanded with directions that the motion to dismiss be overruled and an evidentiary hearing be held.

Reversed and remanded with directions.

EGAN, P. J., and BURKE, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* IRA TOWNSEND, Defendant-Appellant.

(No. 58594;

First District (1st Division)—February 11, 1974.

622

PER CURIAM.
BURKE, J., took no part.

James J. Doherty, Public Defender, of Chicago (Thomas Lipscomb, Assistant Public Defender, of counsel), for appellant

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Barry Rand Elden, Assistant State's Attorneys, of counsel), for the People.